IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOYCE PALMIER, et al.,

Plaintiffs,

v.

BHARAT "BILL" PATEL, *et al*.,

Defendants.

Case No. 19-cv-891 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/25/2021**          MARGARET M. ROBERTIE, Clerk of Court

s/Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**